# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133651

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DETEAISE AFOAN JONES,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133651
COA: 275142
Ingham CC: 04-001469-FH

On order of the Court, the application for leave to appeal the February 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

t0618

Clerk